IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:15cr159 |
| | ) | |
| JEFFREY FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S POSITION ON SENTENCING

The United States by and through counsel, Assistant United States Attorney Eric M. Hurt, represents to the court that it has no objections to the presentence report in this case that affect the application of the sentencing guidelines.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

Certificate of Service

      I certify that on May 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

> Kirsten Renee Kmet
> Office of the Federal Public Defender - Norfolk
> 150 Boush St
> Suite 403
> Norfolk, VA 23510
> (757) 314-2380
> (757) 314-2382 (fax)
> kirsten_kmet@fd.org

By: _____/s/_____
> Eric M. Hurt
> Assistant United States Attorney
> Virginia State Bar No.35765
> Attorney for the United States
> United States Attorney's Office
> Fountain Plaza Three, Suite 300
> 721 Lake Front Commons
> Newport News, Virginia 23606
> (757) 591-4000 Office
> (757) 591-0866 Fax
> eric.hurt@usdoj.gov